# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| JONOS ALBERTO NAVARRO LEIVA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| MARKWAYNE MULLIN- | § | No.  6:26-CV-00470-LS |
| SECRETARY OF DHS; DAVID | § | |
| VENTURELLA, ACTING DIRECTOR, | § | |
| U.S. IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT (ICE); TODD | § | |
| LYONS-ACTING DIRECTOR OF ICE; | § | |
| AND WARDEN OF THE LIMESTONE | § | |
| COUNTY DETENTION CENTER, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Joint Notice of Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 5.